IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                                 No. 21-cv-0971 SMV-GJF

GLOCK MODEL 19 (GEN 4) 9mm PISTOL (SERIAL NO. BBSF941),
FOUR FIREARM MAGAZINES, and
APPROXIMATELY 123 9mm ROUNDS,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time:**    June 1, 2022, at 10:30 a.m. MDT

**Matter to be heard:**  Case status

    A telephonic status conference is set for **June 1, 2022, at 10:30 a.m. MDT.** Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings.

    **IT IS SO ORDERED.**

                                            **STEPHAN M. VIDMAR**
                                            **United States Magistrate Judge**