# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                                                                                             No. 21-cv-0971 SMV/GJF

**GLOCK MODEL 19 (GEN 4) 9MM PISTOL**
**(SERIAL NUMBER BBSF941),**
**FOUR FIREARM MAGAZINES, and**
**APPROXIMATELY 123 9MM ROUNDS,**

    **Defendants.**

## DEFAULT JUDGMENT AND ORDER OF FORFEITURE

    THIS MATTER having come before the Court on the United States of America's Motion for Default Judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure (the "Motion") [Doc. 13], the Court having reviewed the Motion and other material matters on file and being fully advised in the premises, **FINDS**:

    1.    The statements contained in the Request for Clerk's Entry of Default [Doc. 11], the Clerk's Entry of Default [Doc. 12], and the Motion for Default Judgment [Doc. 13] are true.

    2.    This Court has jurisdiction over the parties to and the subject matter of this action and power to enter this Default Judgment.

    **IT IS THEREFORE ORDERED** that Default Judgment is entered in favor of the United States as to the Defendant firearm, magazines, and ammunition.

**IT IS FURTHER ORDERED** that all right, title, and interest in the Defendant property is forfeited to the United States and title thereto is vested in the United States.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**UNITED STATES MAGISTRATE JUDGE**
**Presiding by Consent**